No. 90–7912. HITE, INDIVIDUALLY AND AS TRUSTEE FOR HITE, AKA HEYDT v. BOARD OF ADJUSTMENTS-ZONING FOR THE

CITY AND COUNTY OF DENVER ET AL. C. A. 10th Cir. Certiorari denied.